# EXHIBIT A

www.instagram.com/p/BL542i3BWUT

Instagram   **Get the app**   Sign up | Log in

sofiarichie   Follow



2016-12-17 04:48:37   Page 1 of 2

www.instagram.com/p/BL542i3BWUT

Sign up to see photos and videos from your friends.   Sign up

**ninadsantos_** So what??? Why you must to know ?? Up to me !!! @alexisyov

**ninadsantos_** Why you must bussy about it ? What you get ? @alexisyov

**ninadsantos_** Nyai gen be bangsat!!!@alexisyov

**ninadsantos_** Kasian yg gk ngerti, wkwkwk makane de sok nani@alexisyov

**alexisyov** Honest! There is really no reason to hate @spreadtheloveforsofia

**spreadloveforsofia** □□□□□□□□□□□□□□□□□□□

**meilinquinn** I went to Bloomingdale's and please explain to me what's so special about Moschino panties that they're $75 a pair

**tomjhoffman1426** @mart1990 this was who that other tag was

**azucenave** □□□

**aliceilarii** sembri una zingara

**otf.bae** Hoe

**abeautifulladykz** Hello! Kung sako na lng kuta yan

**joesabatino** @tarajade86

**hreinsdorf** @katiekeen

**hreinsdorf** @katiekeem

**_alica_94** □□□□

**dpaolavalenzuela** □□□□□□

**lumamikelle** □□□□□□

**eliseluke** @sarahrens she's wearing it

**luccabrandstaedter** @@annapruetz

Log in to like or comment.

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2016 INSTAGRAM

www.instagram.com/p/BMSdc0whiS3



sofiarichie

Follow



2016-12-17 04:48:35 Page 1 of 2

Sign up to see photos and videos from your friends.

Sign up

rubashakhatreh @ajhalawa you did it first!

ajhalawa @rubashakhatreh Hahaha yes I did 🙈miss you girl!

kellywennerberg @oscarvillen

__taa_lilou_ D'dnf

wedefendselena asshole

jessie_keigan @bhansh

julie_miller @ansl7 hahahahahah

stephaniehdezm @mariana_mh26

emrienks @kashiros talent

lleidizzel @brandonleidel

_alica_94 😂😂😂😂

amturahman @izaynshayk legit win 😂😂

el3zeez @amturahman whats he even doing

el3zeez @amturahman whats he even doing

16_saa Sarrada

madisonkillery Uma sarrada

nayegroovy @lloyddillon504

lloyddillon504 @nayegroovy hahaha nooo huh

z57oy 🙈 اخص تعرف بعد كلمة يفوز

ecrawford_ @naomimeme

Log in to like or comment.

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2016 INSTAGRAM

www.instagram.com/p/BNF2911BEh8



2016-12-17 04:48:31

www.instagram.com/p/BNFz5r1BEh8

Sign up to see photos and videos from your friends.

Sign up

**liormaman_2** Cant you die

**spreadloveforsofia** You can go away @ilormaman_2 Think about it, if you just go away she won't exist in your world, problem solved. Might not be so easy for you though cuz seems like you are obsessed.

**spreadloveforsofia** ^ @liormaman_2

**liormaman_2** @spreadloveforsofia selena is way more better than her

**liormaman_2** No ones love youuu

**lllliuzx** Want this jacket!!

**its_thatymoura** 􏰀􏰀􏰀􏰀

**champagnebains** @mandapaps

**supreme__hustle** PremeLVNG 􏰀􏰀

**j0hnmark0** Wavy

**dimitra_.n** S pe h mama s na pareis megalhtero mege8os na s kanei k tou xronou e?mpravo p akous thn mama sou

**ohhjacob** @christopherpeak

**phsycho_babe** No one loves you Selena Is way more better than you 􏰀

**taylacornelia** @mph_8 swag

**marvin.gayye** #weloveyousofie !!

**sofiiariichiie** Aww􏰀􏰀

**sofiiariichiie** That swag tho

**florencelamontagne** @sandrinedl

**arielgarforth** @haz_mcbitchtits jacket

**courtneyroseg** @nathanblackwell

Log in to like or comment.

www.instagram.com/p/BOAj-pehsO_



 Get the app | Sign up | Log in

sofiarichie | Follow



2016-12-17 04:48:29 | Page 1 of 2

www.instagram.com/p/BOAj-pensO_

Sign up to see photos and videos from your friends.    Sign up

**mariinamag_** My man

**ariana_cat_3** 􀀀􀀀􀀀

**avsqteimporta** she is so adorable and so is flynn

**notdefendsofia** SofiUgly seems to be a delayed

**corazon_vacio_** 􀀀􀀀􀀀􀀀􀀀

**corazon_vacio_** 􀀀􀀀􀀀􀀀

**eleni.jg** none likes you anymore

**mademyownworld.gsd** Barney

**jatzyguadalupe** 􀀀􀀀􀀀

**_pinechyp** 􀀀􀀀􀀀􀀀

**whosmarie** you're so pretty 􀀀

**whosmarie** how cuteee

**monketw** 􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀􀀀

**czekajuchna** Cute dog

**czekajuchna** Looks like esther

**alrightcah** Minha cara qnd eu começo a gostar dela @babi2403

**sonandrea** @monasung olha a testa dela, a linha do meio do cabelo fecha mais pra baixo..

**nataliaconaci** Ugly

**nikca.remesova** Poor dog

**x.cutiehazza.x** snake

Log in to like or comment.

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS
PRIVACY    TERMS    DIRECTORY    LANGUAGE
© 2016 INSTAGRAM

www.instagram.com/p/BWRYRknhPNy

Instagram

Get the app | Sign up | Log in



49,644 likes

**sofiarichie** Oh

load more comments

**mariperez_2513** Lo único bonito ahí es Sarah

**3lisa.pi** Ewwww orrible

**3lisa.pi** You look like fiona of shrek

**lilit_7_9** 1/3

**king.neal9295** Little kidie

2017-07-08 01:01:35 Page 1 of 2

www.instagram.com/p/BWRYRKnhPNV

**Sign up to see photos and videos from your friends.**

Sign up

**valerymoralesss** I love @sofianchile my queen ⬜⬜⬜⬜⬜⬜⬜⬜⬜ from peru ⬜
⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜

**itfalsealarm** Ohh

**tugcedrew** çok güzelsin aşkım⬜

**sbarberii** Queens

**yegirrll** Wotttttt I can't ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜

**ccamelierr** @spreadloveforsofia if shes beautiful, really a beautiful girl, you dont have to say like "beauty" with the love emo, and look what just u did and u keep doing it to make her confident for having a "nice face" and good attitude probably

**aimee.cass** ⬜⬜⬜

**amiteshroy11** Devils

**wendy_cg._** Te amo

**nur_stylekg** ⬜⬜⬜

**iamdanilo** ⬜

**xcharlie.m_** @juliettevdham kijk t jurkje van die linker ⬜

3 HOURS AGO

ABOUT US  SUPPORT  BLOG  PRESS  API  JOBS

PRIVACY  TERMS  DIRECTORY  LANGUAGE

© 2017 INSTAGRAM

www.instagram.com/p/BWWotPjhP16

Instagram  Get the app  Sign up  Log in



90,690 likes

load more comments

**markovicnikolinaa** @meg.levins she isn't supermodel ☐☐☐ no one even knew about her until she started to date justin

**tizy.j** Since when if a guy likes a girl's picture then that means they're dating or something? And even if they are that's Justin and Sofia's lives so calm down and live your life. We can't decide Justin's private life so I think it's childish acting like that... love wins ☐☐☐☐

**badgalhailey** leave her alone

**sofiarichieteam** @markovicnikolinaa lmfao girl you blindly believe every fucking thing on the internet? For your kind information even few Beliebers accounts few were false and not true! Don't waste your time here bye

**selenas_booby_beautymark** Ew

**bshaer_alfarajat** ☐☐☐

**jessyn_drew** ☐☐

**markovicnikolinaa** @sofiarichieteam just tell me that Justin didn't delete his ig bcs of her. I'll wait . And tell me why so much Beliebers hate her ? I don't remember that we hated any girl before this much .. why ? If you tell me that we're jealous I'm gonna pull of my eyeballs and throw them.

2017-07-10 08:57:04                                                                                                                              Page 1 of 2

**Sign up to see photos and videos from your friends.**

[Sign up]

**pauli_vazquez91156** @fanboy_life.f JAJAJAJA estamos igual
**pauli_vazquez91156** Bloqueame
**pauli_vazquez91156** Fea
**pauli_vazquez91156** Fea
**pauli_vazquez91156** Selena diosa vos mugrosa
**rodriguepriscila** Ugly
**rodriguepriscila** Upsss
**t4n1a_a** iug
**sofiaarichie** Thank u so much for reposting
**sofiaarichie** Love u

14 HOURS AGO

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE

© 2017 INSTAGRAM



Sign up to see photos and videos from your friends.

Sign up

**marissa_flores101** Ewwww

**daaaizs** @marissa_flores101 why is she ew?

**maiyasmith1** OMG you slay my life I love you so so so much!!! You are so GORGEOUS!!! Justin is missing out.!!!

**maiyasmith1** @caroline.goodsell ^^

**tobias.eatonmy_life** Justin isn't missing out like come on this bitch ugly af God Danm I look better then this bitch and before u say shit let's see her without the makeup and all that other fake shit oh wait that's impossible because she fake af!!!!!!

**tobias.eatonmy_life** Sofia the

**itzsewa** snake

**itzsewa** we hate u

**kendalllizzle**

**abeautifulladykz** Malandi ka

**laurenciac** @felipederas

**okalixto** FAZ O URRO

**_alica_94**

**muzaisbae**

**maribwrra** piranha

**giiorgiamacchi** Happy Birthday

**almaidaresita** Omg your face just like a HORSE. You don't deserve justin !

**justinmylife0103pt**

**loveyajacobsartorius**

**sofiiariichiie**

Log in to like or comment.

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE
© 2016 INSTAGRAM

